**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Eustaquio Martinez | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | Case No. 20-09606 |
| | ) | Hon. Jacqueline Cox |
| _____ | ) | Courtroom 680 |

**Notice of Motion**

TO: See attached service list

**PLEASE TAKE NOTICE** that on the _8th____day of ___June_____ 2020, at _10:30____a.m., or as soon thereafter as counsel shall be heard, counsel shall appear before the Honorable Jacqueline Cox in courtroom _680_____ of the U.S. Bankruptcy Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and then and there present **Attorney's Application for Compensation.**

/s/ Michael G. Kelly

_____
Michael G. Kelly, Esq.

CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Attorney's Application for Compensation and Notice Of Motion to the above by U.S. Mail or CM/ECF System on the ___21st____ day of April 2020.

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

Kelly & Bracey Law Offices
77 W. Washington St., Suite 1813
Chicago, IL 60602
(312) 445-9500
6273989

Service List

AMEX/DSNB
9111 Duke BLVD
Mason, OH 45040

AURA Financial/Lendify
333 BUSH ST FL 17
San Francisco, CA 94104

AVANT LLC/WEB BANK
222 N. Lasalle, Suite 17
Chicago, IL 60601

CAP1/MNRDS
26525 N. Riverwoods BLVD
Mettawa, IL 60045

CAP1/WMT
PO BOX 30285
Salt Lake City, UT 84130

Capital One Bank USA N
15000 Capital One Dr.
Richmond, VA 23238

CBNA
PO BOX 6497
Sioux Falls, SD 57117

Celtic Bank/CONTFINCO
4450 New Linden Hill RD
Wilmington, DE 19808

Chrysler Capital
PO BOX 961275
Fort Worth, TX 76161

CITI
PO BOX 6190
Sioux Falls, SD 57117

Credit One Bank NA
PO BOX 98875
Las Vegas, NV 89193

Mariner Finance
8211 Toen Center Dr.
Nottingham, MD 21236

Mercury Card/FB&T/TSYS
2220 6th St.
BROOKINGS, SD 57006

Merrick Bank Corp
PO BOX 9201
OLD Bethpage, NY 11804

Onemain
PO BOX 1010
Evansville, IN 47706

Rise/ECS
4150 International PLZ S
FT WORTH, TX 76109

SYNCB/HSN
PO BOX 965017
Orlando, FL 32896

SYNCB/JCP
PO BOX 965007
Orlando, FL 32896

SYNCB/PPC
PO BOX 530975
Orlando, FL 32896

TD BANK USA/Targetcred
PO BOX 673
Minneapolis, MN 55440

Webbank/Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303

World Financa Corporate
108 Frederick St.
Greenville, SC 29607

CCS/First Savings Bank

500 E 60th ST N
Sioux Falls, SD 57104

Comenity Bank/Carsons
PO BOX 182789
Columbus, OH 43218

First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104

SYNCB/Walmart
PO BOX 965024
Orlando, FL 32896

WEBBANK/GETTINGTON
PO BOX 70281
PHILADELPHIA, PA 19176

FIRST SAVINGS CREDIT CARD
PO Box 2509
Omaha, NE 68103

CBNA/BestBuy
PO BOX 78009
PHOENIX, AZ 85062-8009

World Finance
357 S. Randall Road.
Elgin, IL 60123-5526

Cash Store
87 Clock Tower Plz.
Elgin, IL 60120

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 20-09606
Eustaquio Martinez )
)
) Chapter: 13
)
) Honorable Jacqueline Cox
)
Debtor(s) )

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 3,400.00　flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$　　　　for filing fee paid by the attorney with the attorney's funds

$　　　　for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$　　　　Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None

A total of  $　　　　.

Date of Application:　4/21/2020

Attorney Signature　/s/Michael G. Kelly